```
             UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA
              Criminal No. 25-18 (DSD/DLM)
```

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                               **ORDER**

JUAN MIGUEL ANGULO,

        Defendant.

This matter is before the court upon defendant's motion to exclude the period of time from the date of this order through July 23, 2025, from the Speedy Trial Act computations in this case. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the facts set forth in the defendant's Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act.

Accordingly, **IT IS HEREBY ORDERED** that the period from the date of this order through July 23, 2025, shall be excluded from the Speedy Trial Act computations in this case.

Dated: July 1, 2025

                                                s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court